ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| University of Louisville Research | ) | ASBCA No. 58898 |
| Foundation, Inc. | ) | |
| | ) | |
| Under Contract No. W9113M-04-C-0024 | ) | |

APPEARANCES FOR THE APPELLANT: Michael J. Vernick, Esq.
C. Peter Dungan, Esq.
Hogan Lovells US LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
Assistant Director
Taylor N. Ferrell, Esq.
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 30 April 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58898, Appeal of University of Louisville Research Foundation, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals